# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO CASTELLANOS JR.,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:25-cv-01951-SAB

ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

(ECF No. 27)

On October 14, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d). (ECF No. 27.)

Accordingly, pursuant to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of EIGHT THOUSAND FOUR HUNDRED NINETY AND 41/100 ($8,490.41) as authorized by 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge